Lynda T Bui, Trustee
3550 Vine Street, Ste. 210
Riverside, CA 92507
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000
Email: Trustee.Bui@shulmanbastian.com

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| **In re** | Case No.  6:19-bk-11430-MH |
| MICHAEL L WILLIAMS, | Chapter 7 |
| Debtor. | **STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO CONTINUE THE HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DK 45)** |
| | **Current Hearing:**<br>Date:       June 8, 2021<br>Time:       11:00 a.m.<br>Ctrm:       303<br>Place:      US Bankruptcy Court<br>               3420 Twelfth Street<br>               Riverside, CA 92501 |

   This Stipulation is entered into by and between Lynda T. Bui, solely in her capacity as the Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Michael L. Williams ("Debtor") and Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant").

## **RECITALS**

   A.   The Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on February 25, 2019 ("Petition Date") in the United States Bankruptcy Court, Central District of California, Riverside Division, initiating Case No. 6:19-bk-11430-MH.

B. The case was subsequently converted to Chapter 7 on March 30, 2021, and Lynda T. Bui was appointed as the Chapter 7 Trustee.

C. The initial 341a meeting was set for May 6, 2021 ("Initial 341a").

D. Prior to conversion, Movant filed a Motion for Relief from Stay on March 16, 2021 (Docket no. 45) ("MFRS") which relates to the real property located at 33320 Kilroy Road, Temecula, CA 92592 ("Property").

E. The MFRS was continued to June 8, 2021 for Movant to provide notice to the Trustee.

F. The Trustee has reached agreements in principal with the Debtor and his non-filing spouse regarding the administration of the Property. The Trustee needs time to document the agreements, employ a broker and begin marketing and selling of the Property. The Movant has agreed to continue the hearing and related deadlines sixty days for the Trustee to provide a status update to Movant.

**NOW, THEREFORE**, in light of the Trustee needing additional time to administer the Property, the Trustee and the Movant hereby agree to continue the hearing on the MFRS to August 10, 2021 at 11:00 a.m. or at such other time as the court determines. All relevant deadlines related to the hearing date are continued.

Dated: 5/26/21

By: /s/ Lynda T. Bui
Lynda T. Bui
Chapter 7 Trustee for the Bankruptcy Estate of
MICHAEL WILLIAMS

**McCalla Raymer Leibert Pierce, LLP**

Dated: 5/26/2021

By: _____
Dane Exnowski
Attorney for the Movant, NewRez LLC d/b/a
Shellpoint Mortgage Servicing

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3550 Vine Street, Ste. 210, Riverside, CA 92507**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO CONTINUE THE HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DK 45)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 26, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- **Gregory Ashcraft**    firm@ashcraftfirm.com, ashcraftgr66567@notify.bestcase.com
- **Lynda T. Bui (TR)**    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
- **Julian T Cotton**    jcotton@padgettlaw.net, bkecf@padgettlawgroup.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Sean C Ferry**    sferry@raslg.com, sferry@ecf.courtdrive.com
- **Alexander G Meissner**    ameissner@pralc.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, ecfcca@ecf.courtdrive.com
- **Mukta Suri**    Mukta.Suri@BonialPC.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Mary D Vitartas**    mary.vitartas@bonialpc.com, bkecf@padgettlawgroup.com
- **Arnold H. Wuhrman**    Arnold@WuhrmanLaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) May 26, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 26, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 26, 2021 | Tonia Wooten | /s/Tonia Wooten |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                           **F 9013-3.1.PROOF.SERVICE**