Lynda T Bui, Trustee
3550 Vine Street, Ste. 210
Riverside, CA 92507
Telephone:   (949) 340-3400
Facsimile:    (949) 340-3000
Email: Trustee.Bui@shulmanbastian.com

Chapter 7 Trustee

FILED & ENTERED

MAY 27 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL L. WILLIAMS,<br><br>    Debtor. | Case No.  6:19-bk-11430-MH<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICINGTO CONTINUE THE HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Continued Hearing:**<br>Date:     **August 10, 2021**<br>Time:    **11:00 a.m.**<br>Ctrm:   303<br>Place:   US Bankruptcy Court<br>             3420 Twelfth Street<br>             Riverside, CA 92501 |

The court having considered the "Stipulation Between the Chapter 7 Trustee and NewRez LLC d/b/a Shellpoint Mortgage Servicing to Continue the Hearing on the Motion for Relief from Stay" [docket no. 45] and good cause having been shown,

**IT IS ORDERED** that,

1. The Stipulation is Approved.

2. The hearing on the Motion is continued from its currently scheduled date of June 8, 2021 at 11:00 a.m. to August 10, 2021 at 11:00 a.m.

///

///

3.  Opposition papers and any reply shall be filed in accordance with the Local Bankruptcy Rules.

### #

Date: May 27, 2021

*[signature]*

Mark Houle
United States Bankruptcy Judge

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

2